UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Logue

        Plaintiff

v.

M. Vakili, Esq.

        Defendant

Case No. 1:04-cv-10824-DPW

**MOTION FOR ENLARGEMENT OF TIME**

**Comes now the plaintiff, with this Motion for an extension in serving the complaint upon the defendants**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Following the Court's Order of April 30, 2004, plaintiff respectfully submits this Motion requesting an enlargement of time be granted to serve the defendants.

### Relevant Historical Events To Case

1. Plaintiff filed his complaint April 18, 2004 and received the Order of April 30, 2004 to proceed by serving the defendant with the complaint.

2. The complaint has yet to be served because plaintiff has been unable to address all involved parties by drafting additional and related complaints. While attempting to submit these additional complaints to the Court in an expeditious manner, plaintiff has refrained from serving the aforementioned complaint until such time related complaints might be served simultaneously.

### Argument

Plaintiff respectfully requests additional time to properly serve the defendant with this complaint according to Fed. R. Civ. P., Rule 4.1. Because 120 days has already passed since the complaint was filed, plaintiff submits this request now, seeking an additional 120 days to serve the complaint, while attempting to organize other related issues and complaints which may assist in the, overall, most efficient use of the Court's time. Defendant, yet to be served, should not be adversely affected by this extension.

Respectfully submitted,

August 18, 2004
Date

*/s/ George Logue*