UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE LOGUE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELE VAKILI,<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-CV-10824-DPW<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MICHELE VAKILI'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

George Logue ("Logue") filed an Opposition of Plaintiff to Motion to Dismiss with this Court on October 27, 2004, claiming that he had received no responsive pleading from the defendant, Michele Vakili ("Vakili") by the October 25, 2004 deadline.

Logue's premise is false. Vakili did file her responsive pleading—a Motion to Dismiss—on October 25th, and did take appropriate steps to provide her Motion to Logue. Given this faulty premise, Vakili requests leave of this Court to file a reply to Logue's opposition so the Court may have all the facts presented when it decides Vakili's Motion to Dismiss.

        Respectfully submitted,

        Michele Vakili,

        By her attorneys,

        David Hatem, BBO #225700
        Nancy M. Reimer, BBO #555373
        Douglas M. Marrano, BBO #644030
        Donovan Hatem LLP
        Two Seaport Lane
        Boston, MA 02210
        617-406-4500

Dated: November 5, 2004

00874940

## CERTIFICATE OF SERVICE

    I, Douglas Marrano, hereby certify that on this 5th day of November, 2004, I have given notice of the above Motion for Leave to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, by mailing a copy thereof, postage prepaid to George Logue, General Delivery, Boston, MA 02205.

        Douglas Marrano