UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE VAKILI,<br><br>    Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 04-CV-10824-DPW<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DOUGLAS MARRANO

I, Douglas Marrano, being duly sworn, do hereby depose and state as follows:

I am an attorney with Donovan Hatem LLP.

2. I represent Michele Vakili ("Vakili"), the defendant in the above-captioned matter.

3. On October 25, 2004, I filed a Motion to Dismiss with this Court on Vakili's behalf.

4. Upon filing a copy with this Court, I also attempted to serve a copy on the plaintiff, George Logue ("Logue").

5. Logue listed a General Delivery address with the Court when he filed his Complaint in this case. I came to discover that General Delivery is a means of sending mail to a U.S. Post Office, where it is held for 30 days and the addressee can pick up the correspondence with identification.

6. On October 25, 2004, I mailed a copy of Vakili's Motion to Dismiss to Logue's General Delivery address via certified mail, return receipt requested. Two days later, I mailed a second copy of the Motion via first-class mail.

7. On October 28, 2004, the certified-mail copy of the Motion was returned to my office. Logue refused to accept delivery of the package.

8. Also on October 28th, Logue refused delivery of the copy sent via first-class mail. I received that copy on November 5, 2004.

Signed this 5th day of November, 2004, under the pains and penalties of perjury.

Douglas Marrano

00874929