UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Logue<br><br>          Plaintiff<br><br>v.<br><br>M. Vakili<br><br>          Defendant | CIVIL ACTION<br><br>Case No: 1:04-10824-DPW<br><br><br>MOTION FOR CHANGE<br>OF ADDRESS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address is now, 2 Gem Avenue, Brighton, MA  02135.

Respectfully submitted,

November 24, 2004

*/s/ George Logue*

**CERTIFICATE OF SERVICE**

I, George Logue, plaintiff, hereby certify that on the 24th day of November 2004, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Michelle Vakili
250 Main Street
Charlestown, MA 02129