# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | | |
|---|---|---|
| George Logue | l | Case No:1:04-10824-DPW |
| | l | |
| Plaintiff | l | |
| | l | |
| v. | l | |
| | l | |
| Michelle Vakili | l | |
| | l | |
| Defendant | l | |
| | l | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record should be General Delivery, Boston, MA 02205.

Respectfully submitted,

January 11, 2005

*George Logue*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 11th day of January, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue*

Michelle Vakili
250 Main Street
Charlestown, MA 02129