UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE VAKILI,<br><br>    Defendant | Civil Action No. 04-CV-10824-DPW |

## DEFENDANT MICHELE VAKILI'S OPPOSITION TO PLAINTIFF'S MOTION TO PERPETUATE TESTIMONY PENDING APPEAL

Defendant Michele Vakili ("Vakili") hereby files this opposition to plaintiff George Logue's ("Logue") Motion to Perpetuate Testimony Pending Appeal. In support of her opposition, Vakili states as follows:

1. As stated in Logue's motion, this Court dismissed Logue's claims against Vakili on January 3, 2005 and issued a final judgment on the matter. (Motion, at ¶1).

2. Logue filed a Notice of Appeal, and this matter is currently pending at the U.S. Court of Appeals for the First Circuit. (Id.)

3. As a result of the Court's dismissal of the claims against Vakili and the issuance of an order dismissing the action, there is no action before this Court under which Logue can make his motion. *See Mirpuri v. ACT Mfg., Inc.*, 212 F.3d 624 (1st Cir. 2000) (upholding a decision by this Court to deny a motion to amend a complaint when the District Court had already granted a motion to dismiss the complaint).

4.  Because there is no action on which Logue may file a motion, the Court must issue an Order denying his motion.

>Respectfully submitted,
>
>Michele Vakili,
>
>By her attorneys,
>
>*/s/ David Hatem*
>David Hatem, BBO #225700
>Nancy M. Reimer, BBO #555373
>Douglas M. Marrano, BBO #644030
>Donovan Hatem LLP
>Two Seaport Lane
>Boston, MA 02210
>617-406-4500

Dated: August 2, 2005

00935034

## CERTIFICATE OF SERVICE

    I, Douglas Marrano, hereby certify that on this 2nd day of August, 2005, I have given notice of the above document, by mailing a copy thereof, postage prepaid to George Logue, General Delivery, Boston, MA 02205.

                                                     _____
                                                     Douglas Marrano