# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1131

Dc# 04-10822
J. Woodlock

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MARTHA COAKLEY,

Defendant, Appellee.

No. 05-1132

Dc# 04-10823
J. Woodlock

GEORGE LOGUE,

Plaintiff, Appellant,

v.

DONNA COPPOLA, ESQUIRE,

Defendant, Appellee.



No. 05-1133

Dc# 04-10824
J. Woodlock

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MICHELLE VAKILI, ESQUIRE,

Defendant, Appellee.

No. 05-1134

GEORGE LOGUE,

Plaintiff, Appellant,

v.

CAMBRIDGE DISTRICT COURT, ET AL.,

Defendants, Appellees.

CA:04-12096
J. Woodlock

_____

No. 05-1135

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendant, Appellee.

CA:02-12493
J. Wood loct

_____

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

_____

JUDGMENT

Entered:  October 14, 2005

We have reviewed the record in these cases, including the
briefs of the parties, we affirm the judgments in all cases,
essentially for the reasons given by the district court in its
various memoranda and orders, dated January 3, 2005.

Appellant's motions for oral argument are <u>denied</u>.

The judgments of the district court are <u>affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and issued as Mandate
under Fed. R. App. P. 41.

By:     MARGARET CARTER

Richard Cushing Donovan, Clerk

Chief Deputy Clerk.

Deputy Clerk

Date: FEB 0 8 2006

[cc: Messrs: Logue, Ravitz, Hatem, Marrano, Cromack, Lapp and Ms. Reimer]